**Electronically Filed
Supreme Court
SCPW-21-0000073
26-FEB-2021
08:34 AM
Dkt. 5 ODDP**

SCPW-21-0000073

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————

CHRIS SLAVICK, Petitioner

vs.

STATE OF HAWAIʻI, Respondent.

———————————————————————————————

ORIGINAL PROCEEDING
(CAAP-20-0000076; CASE NO. 1PR191000014)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Christopher Lee Slavick's "Motion for Release of Prisoner Pending Disposition of Application for Habeas Corpus," which was filed as a petition for writ of mandamus on February 17, 2021, and the record, it appears that petitioner fails to present any basis upon which he is entitled to be released from custody by this court, and has alternative means to seek relief, including seeking release from the Hawaiʻi Paroling Authority, as provided by law. Petitioner, therefore, is not entitled to the requested extraordinary writ. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not

issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, February 26, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Michael D. Wilson

/s/ Todd W. Eddins

2